**Not for Publication**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. AMT008174,** | : : : : : | |
| **Plaintiff,** | : : | **Civil Action No. 17-5626 (ES) (SCM)** |
| **v.** | : : | **ORDER** |
| **VMA CONSTRUCTION, LLC and VENUGOPAL MARRI,** | : : : | |
| **Defendants.** | : : | |

This matter having come before the Court upon Plaintiff Certain Underwriters at Lloyd's, London, subscribing to Policy Number AMT008174's motion for default judgment (D.E. No. 11); and the Court having carefully considered this matter without oral argument pursuant to Federal Rule of Civil Procedure 78(b); and for the reasons in the accompanying Memorandum,

IT IS on this 5th day of January 2018,

**ORDERED** that the motion for default judgment (D.E. No. 11) is DENIED *without prejudice*; and it is further

**ORDERED** that this action is DISMISSED *without prejudice* for lack of subject matter jurisdiction; and it is further

**ORDERED** that this matter shall be CLOSED by the Clerk of the Court; and it is further

**ORDERED** that the Court will re-open this matter upon the filing of an amended complaint establishing subject matter jurisdiction consistent with the accompanying Memorandum **by no later than 14 days from this Order**.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**
